IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| RAYMONE MONTGOMERY, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:11-CV-709-O |
| WARDEN MAUREEN CRUZ, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge filed on June 22, 2011 in accordance with 28 U.S.C. § 636(b)(1). *See* ECF No. 10. The Magistrate Judge recommends dismissing Plaintiff's complaint summarily pursuant to 28 U.S.C. §1915(e)(2). *Id.* at 4. No objections have been filed. Having reviewed all relevant matters of record in this case, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the Magistrate Judge and **DISMISSES** Plaintiff's complaint pursuant to 28 U.S.C. §1915(e)(2).

**SO ORDERED** on this **22nd** day of **July, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**